NML CAPITAL, Respondent-Appellant, and MONTREUX PARTNERS et al., Respondents, v REPUBLIC OF ARGENTINA, Appellant-Respondent.

Decided October 14, 2010

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BENITO ACEVEDO, Respondent.

Submitted September 20, 2010; decided October 14, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.